# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2012

Robert P. Young, Jr.,
Chief Justice

145377

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

TITAN INSURANCE COMPANY,
　　　　　Plaintiff-Appellee,

v

STATE FARM MUTUAL AUTOMOBILE
INSURANCE,
　　　　　Defendant-Appellant.

SC: 145377
COA: 301214
Genesee CC: 07-085762-NF

_____/

　　　On order of the Court, the application for leave to appeal the March 27, 2012 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

　　　ZAHRA, J., did not participate because earlier in these proceedings he was on the Court of Appeals panel that addressed substantially the same issue presented here.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2012　　　　　　　　　　　_____

t0917　　　　　　　　　　　　　　　　　　　　　　　　Clerk